ACCEPTED
02-17-00374-CV
SECOND COURT OF APPEALS
FORT WORTH, TEXAS
12/20/2017 3:27 PM
DEBRA SPISAK
CLERK

No. 02-17-00374-CV

_____

In the

# Court of Appeals

# For the Second District of Texas

# Fort Worth

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS

12/20/2017 3:27:59 PM

DEBRA SPISAK
Clerk

_____

Joseph Lambert and Susan Lambert,

*Appellants,*

v.

State Farm Lloyds and Tevin Senne,

*Appellees.*

_____

On Appeal from the 415th Judicial District Court
of Parker County, Texas
No. CV16-0048

_____

### First Unopposed Motion to Extend Time
### to File Appellants' Brief

_____

Appellants Susan and Joseph Lambert file this first unopposed motion for extension of time under Texas Rule of Appellate Procedure 10.5(b) and respectfully request a 30-day extension of time, until February 3, 2018, to file their brief.

## I.

This is an appeal from a Final Judgment signed on September 29, 2017, by the Honorable Graham Quisenberry, in the 415th Judicial District Court of Parker County, Texas, in Cause No. CV16-0048. Appellants filed a notice of appeal on October 27, 2017. A complete record was filed on December 6, 2017. Appellants' brief is currently due on January 4, 2018. This is Appellants' first request for an extension of time.

## II.

This motion is not filed for the purpose of delay. Appellants' counsel respectfully requests this extension of time to ensure ample opportunity to review the record and prepare Appellants' brief. Appellants' counsel has also been substantially involved in the following matters, among others, that necessitate the filing of this motion:

- *Richard Seim and Linda Seim v. Allstate Texas Lloyds and Lisa Scott*, No. 17-0488; In the Supreme Court of Texas. Counsel must prepare and file Petitioner's Reply in Support of Petitioner's Brief on the Merits by December 27, 2017; and

- *Sherilyn Leroux v. NCL (Bahamas), Ltd.*, No. 17-13877; In the United States Court of Appeals for the Eleventh Circuit. Counsel must prepare and file Appellant's Brief by December 29, 2018.

2

## PRAYER

Appellants Susan and Joseph Lambert respectfully request that the Court grant this motion and extend the time for filing their brief to February 3, 2018, and to grant any other relief to which Appellants may be entitled.

Respectfully submitted,

THE BENDER LAW FIRM PLLC

By: /s/ Andrew B. Bender
**Andrew B. Bender**
Texas Bar No. 24084290
1911 Southwest Fwy
Houston, TX 77098
Tel.   832.754.6921
Fax.  832.916.3239
abender@thebenderfirm.com

**Chad T. Wilson**
Texas Bar No. 24079587
cwilson@cwilsonlaw.com
**Kimberly N. Blum**
Texas Bar No. 24092148
kblum@cwilsonlaw.com
455 E. Medical Center Blvd., Suite 555
Webster, Texas 77598
T: 832.415.1432
F: 281.940.2137

ATTORNEYS FOR APPELLANTS

3

## CERTIFICATE OF CONFERENCE

In accordance with Rule 10.1(a)(5) of the Texas Rules of Appellate Procedure, I certify that I conferred with Melissa Lorber, counsel for Appellees, who stated that she is unopposed to the relief requested in this motion.

/s/ Andrew Bender

## CERTIFICATE OF SERVICE

In accordance with the Texas Rules of Appellate Procedure, I certify that a true and correct copy of this First Unopposed Motion to Extend Time to File Appellants' Brief was served on all counsel of record in accordance with the Texas Rules of Appellate Procedure on December 20, 2017.

/s/ Andrew Bender